**CRIMINAL COMPLAINT**
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Destiny Dee Mendy**<br>DOB: 1998; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-2950MJ |

Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 U.S.C. § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about August 9, 2025 in the District of Arizona, **Destiny Dee Mendy**, knowing or in reckless disregard that certain aliens, including Bulmaro Beltran-Vera and Jose Alfredo Bernal-Aguilar, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about August 9, 2025, in the District of Arizona, **Destiny Dee Mendy**, knowing that certain illegal aliens, including Bulmaro Beltran-Vera and Jose Alfredo Bernal-Aguilar, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18, United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 9, 2025, in the District of Arizona (Naco), at approximately 3:15 p.m., Border Patrol Agents (BPAs) responded to a live imaging sensor activation in the Coronado National Monument which showed three suspected illegal aliens (IAs) walking north towards Montezuma Pass. The suspected IAs were dressed in civilian clothing with one wearing a black shirt and another wearing a grey jersey with the number 27 in red lettering. This location is approximately one mile north of the border and is commonly used by smuggling organizations to load IAs into vehicles because of the accessibility to main roads of egress. It is also used as a route of travel for IAs because the mountainous terrain and dense vegetation allow them to avoid law enforcement detection. As BPAs were westbound on State Route (SR) 92, a Sonoita station camera operator gained visual of a subject matching the description from the imaging sensor getting into a black Kia Sportage bearing Texas license plate VWJ5708. The camera operator advised BPAs that the Kia was traveling eastbound from Montezuma Pass. BPAs set up near Valley View Elementary School to intercept the Kia. At approximately 3:55 p.m., BPAs began following the Kia north on SR 92 and caught up to it near Yaqui Drive. BPAs confirmed it was the same Kia via a license plate records check and then initiated a vehicle stop. The Kia yielded in a parking lot located at SR 92 and Bevers Street. Two subjects were observed moving around in the back of the vehicle. BPAs approached the Kia and directed the driver, identified as **Destiny Dee Mendy**, to roll down her rear windows and turn her engine off. BPAs performed an immigration inspection on the two rear passengers, to include Bulmaro Beltran-Vera and Jose Alfredo Bernal-Aguilar, and determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Bulmaro Beltran-Vera and Jose Alfredo Bernal-Aguilar do not possess the proper documentation to enter, pass through, or remain in the United States legally.
**Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Bulmaro Beltran-Vera and Jose Alfredo Bernal-Aguilar

| Detention Requested<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone _X_<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 11, 2025 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Price

**Continued from front page.**
BPAs noted that one of the subjects was wearing the grey jersey with the red number 27. **Mendy** was taken into custody.

Material witness Bulmaro Beltran-Vera stated that he is a citizen of Mexico and that he paid $7,000 to be smuggled into the United States. He crossed the border in a mountainous area where there is no border wall with one other individual. A smuggling coordinator told him the route he had to take prior to crossing to the border. Beltran-Vera stated that he was picked up by a black four-door crossover on top of a mountain in a parking lot near some restrooms. He knew to get into the black crossover because the coordinator told him there was going to be a black four-door crossover parked there. Beltran-Vera stated that he and the individual that he crossed the border with both entered the vehicle. Beltran-Vera described the driver of the vehicle as a black female.

Material witness Jose Alfredo Bernal-Aguilar stated that he is a citizen of Mexico and that he paid $7,500 to be smuggled into the United States. Prior to crossing the border, Bernal-Aguilar stated that he was robbed of $2,000 by a smuggling coordinator. He illegally crossed the border with another individual in a mountainous area where there is no border wall. A smuggler told him the route before he crossed and showed him maps on his cellphone to help guide him. Bernal-Aguilar stated that he was picked up by a black four-door crossover on top of a mountain in a parking lot that had restrooms nearby. He knew to get into the black crossover because the smuggling coordinator sent a photograph of the vehicle to his cellphone. He was instructed to walk towards the vehicle like they were tourists so they would not draw attention to themselves. Bernal-Aguilar described the driver of the vehicle as a black female with black hair who only spoke English. BPAs noted that a consensual search of Bernal-Aguilar's cellphone produced a picture of the vehicle that picked him up.

After waiving her *Miranda* rights, **Destiny Dee Mendy** stated that she was travelling from Mississippi to Long Beach, California. **Mendy** stated she rented a black Kia SUV in Lubbock, Texas for the trip. While on her way to Long Beach, she stopped in Douglas, Arizona and stayed the night in a hotel before doing some sight-seeing in Bisbee, Arizona and at a parking lot on top of a mountain. She did not know the name of the area on top of the mountain, just that it was called something National Forest. When she stopped to use the restroom, two individuals approached her and asked if she could take them to the store. She stated that the individuals only knew a little bit of English. **Mendy** stated that she was going to drop them off at a store in Sierra Vista, Arizona. She also stated that she was only at the parking lot for approximately 15 to 20 minutes, and she did not have cell service there. **Mendy** claimed to have no knowledge that the two individuals were present in the United States illegally and that she was not getting paid to drop them off at the store.